IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Novak-Laurence, Susan Marie | Case Number: 05 B 62023 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 31, 2008
Confirmed: January 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,177.92 | |
| Secured: | | 0.00 |
| Unsecured: | | 33,325.48 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,841.58 |
| Other Funds: | | 10.86 |
| Totals: | 35,177.92 | 35,177.92 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiFinancial | Secured | 0.00 | 0.00 |
| 2. | Specialized Management Consultants | Unsecured | 1,445.60 | 1,445.60 |
| 3. | Jefferson Capital | Unsecured | 9,855.29 | 9,855.29 |
| 4. | Capital One | Unsecured | 773.03 | 773.03 |
| 5. | Capital One | Unsecured | 1,434.45 | 1,434.45 |
| 6. | Premier Bankcard | Unsecured | 675.20 | 675.20 |
| 7. | ECast Settlement Corp | Unsecured | 1,767.45 | 1,767.45 |
| 8. | ECast Settlement Corp | Unsecured | 2,516.02 | 2,516.02 |
| 9. | Country Door | Unsecured | 270.62 | 270.62 |
| 10. | ECast Settlement Corp | Unsecured | 7,771.17 | 7,771.17 |
| 11. | Seventh Avenue | Unsecured | 542.36 | 542.36 |
| 12. | Midnight Velvet | Unsecured | 575.81 | 575.81 |
| 13. | Naper Clinical Services | Unsecured | 466.80 | 437.55 |
| 14. | Jefferson Capital | Unsecured | 955.38 | 955.38 |
| 15. | CitiFinancial | Unsecured | 4,305.55 | 4,305.55 |
| 16. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 17. | Litton Loan Servicing | Secured | | No Claim Filed |
| 18. | James K Diamond PC | Priority | | No Claim Filed |
| 19. | Elmwood Park School Employees C U | Unsecured | | No Claim Filed |
| 20. | AT&T | Unsecured | | No Claim Filed |
| 21. | Bedford Fair Apparel | Unsecured | | No Claim Filed |
| 22. | Behavioral Health | Unsecured | | No Claim Filed |
| 23. | Blair | Unsecured | | No Claim Filed |
| 24. | Cross Country Bank | Unsecured | | No Claim Filed |
| 25. | NBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Novak-Laurence, Susan Marie | Case Number: 05 B 62023 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 10/16/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Dr Daniel Brezinski | Unsecured | | No Claim Filed |
| 27. | DuPage Emergency Physicians | Unsecured | | No Claim Filed |
| 28. | Linden Oaks Hospital | Unsecured | | No Claim Filed |
| 29. | Kenneth Laurence | Unsecured | | No Claim Filed |
| 30. | Home Shopping Network | Unsecured | | No Claim Filed |
| 31. | Merrick Bank | Unsecured | | No Claim Filed |
| 32. | Providian | Unsecured | | No Claim Filed |
| 33. | Lane Bryant | Unsecured | | No Claim Filed |
| 34. | Superior Air Ground | Unsecured | | No Claim Filed |
| 35. | William Schaefer Ph D | Unsecured | | No Claim Filed |
| 36. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 37. | Roaman's | Unsecured | | No Claim Filed |
| 38. | Elmwood Park School Employees C U | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,354.73 | $ 33,325.48 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 490.60 |
| 5% | 210.60 |
| 4.8% | 404.36 |
| 5.4% | 729.47 |
| 6.5% | 6.55 |
| | _____ |
| | $ 1,841.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

